[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED
8/3/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**I.**  **Plaintiff(s):**

A. Name: Augusta Louise Harris

B. List all aliases: 20258221048

C. Prisoner identification number: 0882302 0505 65

D. Place of present confinement: Cook County Jail

E. Address: 2700 So Oakland Ave, Chicago Ill 60688

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.**  **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: _____

   Title: _____

   Place of Employment: _____

B. Defendant: _____

   Title: _____

   Place of Employment: _____

C. Defendant: _____

   Title: _____

   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: *NONE*

B. Approximate date of filing lawsuit: *None*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *None*

D. List all defendants: _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *All Cook County ILC*

F. Name of judge to whom case was assigned: _____

G. Basic claim made: _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I Haud breeing prombles
My Amasth was acking up
I had to start taeking more
ashmas med for brathing
the mold had me sneeing
and eachng My Zerma
started acking up t was
Just due showers were
Nasty but you had to
wash up no chose
it was terrble tail's
gone on some spots

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.** **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensated for being in A condemed building with mold. Broken Tile on Floor etc. Chip paint and bed Rushed

**VI.** The plaintiff demands that the case be tried by a jury. ☐ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___8___ day of __21__, 20 _25_

x _Augest Hunis_
(Signature of plaintiff or plaintiffs)

x _Auguston Harris_
(Print name)

___2005221048___
(I.D. Number)

_____
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



**Thomas J. Dart**
Sheriff of Cook County

**Dr. Jane Gubser**
Executive Director

# Cook County Sheriff
## Records Department
2700 South California Avenue
Chicago, Illinois 60608
Tel: (773) 674-5201
E-Mail: doc.records@ccsheriff.org

# VERIFICATION OF INCARCERATION

Jail Booking Number: **20250221048**   Today's Date: **8-20-25**

Regarding: **Augusta Harris**

Subject's Name

Date of Birth: **5-5-65**   Alias:

**Pursuant to your request, the following information is submitted:**

Date entered CCDOC custody: **2-21-25**   Date Released:

|  | Case #1 | Case #2 |
|---|---|---|
| Case/Docket #: | 2025CR0346901 |  |
| Lead Charge: | AGG BATTERY/GREAT BODILY HARM |  |
| Disposition: | Detained |  |
| Disposition Date: | 7-1-25 |  |
| Next Court Date: | 8-21-25 |  |

Additional Comments:

**Gregory Lindsey** Digitally signed by Gregory Lindsey
Date: 2025.08.18 10:38:10 -05'00'
Adobe Acrobat Reader version: 2025.001.20566

Signature of Person Completing form

**Director**

Title

VOI Revised: 01/2024

Augusta Harris
594 Brookline
Chicago Heights Ill 60411



08/03/2026-20

RECEIVED

AUG 03 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
219 Dearborn Street
20th Floor
Chicago Il 60604